UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CYNTHIA ELDRIDGE, | CIVIL NO. 04-1360-HA |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| POLLIN HOTELS II, LLC, an Oregon limited liability corporation, dba SHERATON PORTLAND AIRPORT HOTEL, | |
| Defendant. | |

Before the Court is defendant's Motion for Summary Judgment [44]. After review of the respective briefs, the Court finds that there are issues of fact that preclude granting the Motion.

Therefore, defendant's Motion for Summary Judgment [44] is DENIED. Defendant's request for oral argument is DENIED.

DATED this 2nd day of August, 2006.

__/s/Ancer L.Haggerty_____
Ancer L. Haggerty
Chief U. S. District Court Judge

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT